

**NUMBER 13-13-00054-CR**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

**MAX JOHNSON JR.**                                                                 **Appellant,**
**A/K/A JOHN NONES,**

**v.**

**THE STATE OF TEXAS,**                                                            **Appellee.**

**On appeal from the 252nd District Court
of Jefferson County, Texas.**

**MEMORANDUM OPINION**

**Before Justices Rodriguez, Garza, and Perkes
Memorandum Opinion Per Curiam**

Appellant, Max Johnson Jr. a/k/a John Nones, has filed a motion for substitution of counsel. We GRANT said motion. Appellant, by and through his attorney, has filed a motion to dismiss his appeal because he no longer desires to prosecute it. *See* TEX. R. APP. P. 42.2(a). Without passing on the merits of the case, we GRANT the motion to

dismiss pursuant to Texas Rule of Appellate Procedure 42.2(a) and DISMISS the appeal.

Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
28th day of March, 2013.